✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

Moon Fenton, M.D.

V.

The West Clinic, PLLC, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 21-cv-2790-SHL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANT'S ATTORNEY(S) |
|---|---|---|
| **SHERYL H. LIPMAN** | David Burkhalter, II, Zachary Burkhalter | Michael McLaren, Amy Sterling |
| PROCEEDING/DATE: 5/22/2023 to 5/24/2023-Non-Jury Trial | COURT REPORTER Candace Covey | COURTROOM DEPUTY M. Mullen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/22/2023 | X | X | Stipulations of Facts |
| X | | 5/22/2023 | | | Witness - Mitch Graves - CEO West Cancer Center and Research Institute |
| 2 | | 5/22/2023 | X | X | Letter of Resignation by Moon Fenton, M.D. |
| 3 | | 5/22/2023 | X | X | List of Oncologists and Date they Became Shareholders |
| 4 | | 5/22/2023 | X | X | List of Shareholders |
| 5 | | 5/22/2023 | X | X | Email dated 7/14/2020 between Mitch Graves and Moon Fenton, M.D. |
| 6 | | 5/22/2023 | X | X | Email dated 7/16/2020 between Mitch Graves and Moon Fenton, M.D. |
| 7 | | 5/22/2023 | X | X | Email dated 7/21/2020 between Mitch Graves and Moon Fenton, M.D. |
| 8 | | 5/22/2023 | X | X | Email dated 7/25/2020 between Mitch Graves and Moon Fenton, M.D. |
| 9 | | 5/22/2023 | X | X | Termination, Purchase, and Release Agreement |
| 10 | | 5/22/2023 | X | X | Operating Agreement of West Capital, LLC |
| 11 | | 5/22/2023 | X | X | Restated and Amended Operating Agreement of West Union Partners, LLC |
| 12 | | 5/22/2023 | X | X | Restated and Amended Operating Agreement of West Desoto Partners, LLC |
| 13 | | 5/22/2023 | X | X | Operating Agreement of The West Clinic, PLLC |
| 14 | | 5/22/2023 | X | X | 2019 TN Dept. of Revenue Franchise and Excise Tax Return - West Union Partners LLC |
| 15 | | 5/22/2023 | X | X | 2020 TN Dept. of Revenue Franchise and Excise Tax Return - West Union Partners LLC |
| 16 | | 5/22/2023 | X | X | 2019 TN Dept. of Revenue Franchise and Excise Tax Return - West Desoto Partners LLC |
| 17 | | 5/22/2023 | X | X | 2020 TN Dept. of Revenue Franchise and Excise Tax Return - West Desoto Partners LLC |
| 18 | | 5/22/2023 | X | X | 2020 U.S. Return of Partnership Income - West Capital LLC |
| 19 | | 5/22/2023 | X | X | 2020 Schedule K-1 - West Wolf River Partners, LP |
| 20 | | 5/22/2023 | X | X | 2020 Schedule K-1 - West Capital, LLC |
| 21 | | 5/22/2023 | X | X | 2020 U.S. Return of Partnership Income - West Wolf River Partners, LP |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Moon Fenton, M.D. | | vs. | The West Clinic, PLLC, et al | CASE NO. 21-cv-2790-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 5/22/2023 | X | X | Current Physicians 2019 Compensation |
| 23 | | 5/22/2023 | X | X | Teaching and Good Citizenship Estimated Available for Distribution |
| 24 | | 5/22/2023 | X | X | WCCRI Shareholder Meeting Attendance 10/2/2019 |
| | 25 | 5/22/2023 | X | X | Quality Metrics Development Committee October 2015 |
| | 26 | 5/22/2023 | X | X | Termination of Shareholders' Agreement |
| X | | 5/22/2023 | X | X | Video Deposition of Bradley Somer, M.D. |
| X | | 5/22/2023 | | | Witness - Erich Mounce - Employed by Oncology Care Partners |
| 27 | | 5/22/2023 | X | X | Email from Erich Mounce to Moon Fenton 6/23/2014 |
| 28 | | 5/22/2023 | X | X | Letter to Drs. Schwartzberg & Tauer from Moon Fenton dated 8/17/2014 |
| 29 | | 5/22/2023 | X | X | West Clinic Shareholders Meeting Minutes dated 1/28/2015 |
| 30 | | 5/22/2023 | X | X | Email from Erich Mounce to Moon Fenton dated 2/25/2015 |
| 31 | | 5/22/2023 | X | X | Email from Erich Mounce to Moon Fenton dated 1/23/2016 |
| 32 | | 5/22/2023 | X | X | 2015 Spreadsheet of Distribution and Calculation of Physicians' Pay |
| 33 | | 5/22/2023 | X | X | 2016 Spreadsheet of Distribution and Calculation of Physicians' Pay |
| 34 | | 5/22/2023 | X | X | Current Physicians 2017 Compensation |
| | 35 | 5/22/2023 | X | X | Letter dated 2/6/2012 signed by Erich Mounce with Employment Contract signed by Moon Fenton |
| | 36 | 5/22/2023 | X | X | Email from Erich Mounce to Moon Fenton dated 12/23/2015 & Response dated 1/23/2016 |
| | 37 | 5/22/2023 | X | X | Moon Fenton 2015-2017 Compensation Model |
| | 38 | 5/22/2023 | X | X | Email from Moon Fenton to Erich Mounce dated 12/23/2016 & Response |
| | 39 | 5/22/2023 | X | X | Email from Erich Mounce to Lee Schwartzberg and Kurt Tauer dated 7/19/2016 |
| | 40 | 5/22/2023 | X | X | West Clinic Shareholders Meeting Minutes dated 12/20/2017 |
| | 41 | 5/22/2023 | X | X | Physician Leadership Meeting Agenda September 2016 |
| X | | 5/23/2023 | | | Witness - Kurt Tauer, M.D. - Chairman of the Board |
| | 42 | 5/23/2023 | X | X | West Clinic HoldCo, P.C. Shareholders' Agreement 11/21/2019 |
| | 43 | 5/23/2023 | X | X | The West Clinic, P.C. Shareholders' Agreement 1/1/2015 |
| X | | 5/23/2023 | | | Witness - Moon Jung Fenton, M.D. - Medical Oncologist and Hematologist |
| 44 | | 5/23/2023 | X | X | Email from Moon Fenton to chomoonj@hotmail.com dated 7/3/2012 |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Moon Fenton, M.D. | | vs. | The West Clinic, PLLC, et al | CASE NO. 21-cv-2790-SHL |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 45 | 5/23/2023 | X | X | Termination of Employment Agreement dated 2/20/2019 |
| | 46 | 5/23/2023 | X | X | Physician Employment Agreement dated 2/22/2019 |
| | 47 | 5/23/2023 | X | X | SEALED - Pay Statement dated 12/31/2015 |
| | 48 | 5/23/2023 | X | X | SEALED - Pay Statement dated 12/30/2016 |
| | 49 | 5/23/2023 | x | x | SEALED - Pay Statement dated 12/31/2018 |
| | 50 | 5/23/2023 | X | X | SEALED - Pay Statement dated 12/31/2019 |
| | 51 | 5/23/2023 | X | X | West Clinic Shareholders Meeting Minutes dated 2/25/2015 |
| | 52 | 5/23/2023 | X | X | West Clinic Shareholders Meeting Minutes dated 3/25/2015 |
| | | | | | *****Plaintiff Rests****** |
| | X | 5/23/2023 | | | Witness - Reid Evensky, Esq. |
| | 53 | 5/23/2023 | X | X | Termination, Purchase and Release Agreement for Dr. Benton M. Wheeler, III, M.D. |
| | 54 | 5/23/2023 | X | X | Termination, Purchase and Release Agreement for Joseph T. Santoso, M.D. |
| | 55 | 5/23/2023 | X | X | The West Clinic, PLLC Balance Sheet and Supplementary Information as of 12/31/2020 |
| | 56 | 5/23/2023 | X | X | West Wolf River Partners, LP Financial Statements for year ended 12/31/2020 |
| 57 | | 5/23/2023 | X | X | West Clinic PLLC Purchase Agreement Analysis |
| | X | 5/24/2023 | | | Witness - Lee Schwartzberg, M.D. (via Microsoft Teams) |
| | X | 5/24/2023 | | | Witness - Bradley Somer, M.D. - Medical Oncologist at West Clinic |
| | | | | | *****Defense Rests***** |
| | | | | | |
| | | | | | |
| | | | | | s/M. Mullen, 5/24/2023 |

Page 3 of 3 Pages