# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **MOON FENTON, M.D.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02790-SHL-tmp |
| ) | |
| **THE WEST CLINIC, PLLC, f/k/a THE** ) | |
| **WEST CLINIC, PC, d/b/a WEST** ) | |
| **CANCER CENTER; WEST DESOTO** ) | |
| **PARTNERS, LLC; WEST UNION** ) | |
| **PARTNERS, LLC; WEST WOLF RIVER** ) | |
| **PARTNERS, L.P., f/k/a WEST WOLF** ) | |
| **RIVER PARTNERS, LLC; WEST** ) | |
| **CAPITAL, LLC; and WEST CLINIC** ) | |
| **HOLDCO, PC;** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPTS AND REDACTION OR SEALING OF EXHIBITS

Defendants hereby give notice that they intend to request redactions of the transcripts of the proceedings held on May 22 – 24, 2023. (*See* Doc. Nos. 87-89.) Defendants further give notice that they intend to request that certain exhibits containing Confidential Material and introduced in the nonjury trial of this matter be redacted or placed under seal pursuant to the Protective Order entered in this matter (Doc. No. 36). Defendants will file these intended requests on or before June 14, 2023.

[signature block on following page]

Respectfully submitted,

BLACK MCLAREN JONES RYLAND &
   GRIFFEE, P.C.

*s/ Amy Worrell Sterling*
Michael G. McLaren (#5100)
Amy Worrell Sterling (#25773)
Charles S. Mitchell (#23789)
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
mmclaren@blackmclaw.com
asterling@blackmclaw.com
cmitchell@blackmclaw.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of May, 2023, a true and correct copy of the above and foregoing document has been served via the Court's ECF filing system on the following counsel of record:

| | |
|---|---|
| David A. Burkhalter II, Esq. | Dan M. Norwood, Esq. |
| D. Alexander Burkhalter III, Esq. | NORWOOD & ASSOCIATES |
| Zachary J. Burkhalter, Esq. | 2055 Cedar Bluff Drive |
| THE BURKHALTER LAW FIRM, P.C. | Decaturville, Tennessee 38329 |
| 111 South Central Street | |
| P.O. Box 2777 | |
| Knoxville, Tennessee 37901 | |

*s/ Amy Worrell Sterling*

2